UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KETZ & ASSOCIATES, INC., a Minnesota corporation, | Case No. 23-CV-3397 (PJS/EMB) |
| Plaintiff, | |
| v. | ORDER |
| CREATIVE KIDS FAR EAST, INC., a New York corporation; and BAP INVESTORS, LLC, a New York limited liability company, | |
| Defendants. | |

On December 17, 2025, the Court granted (in large part) the motion of plaintiff Ketz & Associates, Inc. ("Ketz") for partial summary judgment on its claims for breach of contract (Count III) and statutory penalties under Minn. Stat. § 181.145 (Count V). The Court awarded Ketz $348,506.02 on its breach-of-contract claim and $288,423.10 in penalties under § 181.145, and also held that Ketz may move for attorney's fees under § 181.145, subd. 4(b), following the entry of final judgment.

This matter is before the Court on Ketz's motion to withdraw its remaining claims in this matter and for entry of judgment. The motion is granted, and Ketz's remaining claims are dismissed with prejudice.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for partial summary judgment [ECF No. 80] is GRANTED as to Counts III and V of plaintiff's amended complaint.

    a. Plaintiff is entitled to recover $348,506.02 in unpaid commissions from defendants on Count III of the amended complaint. Defendants are jointly and severally liable for this amount.

    b. Plaintiff is entitled to recover $288,423.10 as a penalty from defendants on Count V of the amended complaint. Defendants are jointly and severally liable for this amount.

    c. Plaintiff is entitled to recover "reasonable attorney's fees" from defendants pursuant to Minn. Stat. § 181.145, subd. 4(b). Following the entry of judgment, plaintiff may move for attorney's fees pursuant to § 181.145, subd. 4(b).

2. Plaintiff's motion for partial summary judgment is DENIED AS MOOT as to Count II of its amended complaint and DENIED as to plaintiff's claim for attorney's fees pursuant to Minn. Stat. § 325E.37, subd. 5.

3. Plaintiff's motion to withdraw its remaining claims [ECF No. 93] is GRANTED and all remaining claims are DISMISSED WITH PREJUDICE with the exception of its claim for attorney's fees under Minn. Stat. § 181.145, subd. 4(b).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  December 29, 2025         /s/ Patrick J. Schiltz
                                  Patrick J. Schiltz, Chief Judge
                                  United States District Court