UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KETZ & ASSOCIATES, INC., a Minnesota corporation, | Case No. 23-CV-3397 (PJS/EMB) |
| Plaintiff, | |
| v. | ORDER |
| CREATIVE KIDS FAR EAST, INC., a New York corporation; and BAP INVESTORS, LLC, a New York limited liability company, | |
| Defendants. | |

On December 17, 2025, the Court granted (in large part) the motion of plaintiff Ketz & Associates, Inc. ("Ketz") for partial summary judgment on its claims for breach of contract (Count III) and statutory penalties under Minn. Stat. § 181.145 (Count V). The Court awarded Ketz $348,506.02 on its breach-of-contract claim and $288,423.10 in penalties under § 181.145, and also held that Ketz is entitled to recover attorney's fees under § 181.145, subd. 4(b), following the entry of final judgment. After Ketz withdrew its remaining claims, the Court entered judgment.

This matter is before the Court on Ketz's motion for an award of attorney's fees pursuant to § 181.145, subd. 4(b), in the amount of $58,987.50. Defendants have not responded to the motion. *See* D. Minn. L.R. 54.3(b) (a party may file a response to a motion for attorney's fees within 14 days of being served). Having reviewed the

affidavit and materials submitted in support of the motion, the Court finds the

requested fee to be reasonable.  Accordingly, Ketz's motion is granted.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1.      Plaintiff's motion for attorney's fees [ECF No. 99] is GRANTED.

2.      Defendants are liable to plaintiff, jointly and severally, for attorney's fees

in the amount of $58,987.50.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  March 5, 2026                          /s/ Patrick J. Schiltz
                                               Patrick J. Schiltz, Chief Judge
                                               United States District Court